UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY BEASLEY,<br><br>        Plaintiff,<br><br>    v.<br><br>TRAVELERS INSURANCE,<br><br>        Defendant. | No.  2:23–cv–326–DJC–KJN PS<br><br>DISCHARGE OF ORDER TO SHOW CAUSE; EXTENSION OF TIME |

On March 28, 2023, the court noted the case was ready for scheduling and ordered the parties to confer and submit a joint statement.[1] (ECF No. 5.) On June 13, plaintiff filed a request to extend the deadlines in this case through the end of 2023. (ECF No. 12.) The court ordered plaintiff to show cause why the case should not be dismissed without prejudice. (ECF No. 13.) Therein, the court indicated such a lengthy stay could not be granted without more information, and provided plaintiff the option of either: (a) dismissing the case without prejudice, subject to refiling when plaintiff would be ready to proceed; or (b) accepting a one-time, 60 day extension of the scheduling matter. (Id.) Plaintiff opted for the latter, and indicated she is in the process of obtaining counsel to represent her as well as evaluating defendant's representations in apparent furtherance of settlement. (ECF No. 14.)

---

[1] This matter was referred to the undersigned per 28 U.S.C. § 636(c) and Local Rule 302(c)(21).

1

# ORDER

Accordingly, it is hereby ORDERED that:

1. Plaintiff's request for a 60 day extension of the scheduling proceedings is GRANTED;
2. Plaintiff shall contact defendant by September 12, 2023, to provide an update on whether she is ready to proceed with scheduling of the case or intends to dismiss without prejudice. Should plaintiff be ready to proceed with the case, she shall participate in the drafting of a joint statement for scheduling purposes (as previously ordered). Thereafter, the parties shall submit the joint statement by September 19, 2023;
3. The scheduling hearing is RESET to September 26, 2023, at 9:00 a.m., for an in person hearing. Courtroom 25, 8th Floor of the Matsui Courthouse, 501 I. St., Sacramento Ca. 95831;
4. Should plaintiff require accommodations for the hearing, she shall familiarize herself with the court's procedures for such request and contact the court's Access Coordinator by September 19, 2023 (Yolanda Riley-Portal, yriley-portal@caed.uscourts.gov; 916-930-4221). See also https://www.caed.uscourts.gov/caednew/index.cfm/attorney-info/accommodations-for-communication-disabilities/); and
5. The parties are reminded of their continuing duty to notify chambers immediately of any settlement or other disposition. See Local Rule 160.

Dated: July 17, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

beas.326