**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRACY BEASLEY,<br>    Plaintiff,<br>    v.<br>TRAVELERS COMMERCIAL INSURANCE COMPANY,<br>    Defendant. | Case No.:  2:23-cv-00326-DJC-CSK<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL** |

On March 27, 2024, Plaintiff's Attorney, Dylan Schaffer, filed a Motion to Withdraw as Attorney of Record.  *See* ECF No. 31.  Defendant did not file an opposition which shall be construed as non-opposition to the motion.  *See* E.D. Cal. L.R. 230(c).

Upon review of Plaintiff's motion, absent opposition by Defendant, the Court finds that the attorney-client relationship has broken down such that it is no longer possible for retained counsel to continue representing Plaintiff in this case. Consequently, the Court GRANTS Plaintiff's Motion to Withdraw as Attorney of Record.  (ECF No. 31).

Within thirty (30) days of service of this order, Plaintiff shall retain new counsel and new counsel shall file a notice of appearance in this case consistent with E.D. Cal. L.R. 182(a).  Failure to do so will result in this action being referred to the assigned Magistrate Judge for all further proceedings, including dispositive and non-dispositive motions and matters.  *See* E.D. Cal. L.R. 302(c)(21).

Outgoing counsel shall serve a copy of this order on Plaintiff Tracy Beasley at her last known address forthwith and shall thereafter file with the court a certificate of service attesting to such service.  At such time as service is completed, Dylan Schaffer's responsibility to represent Ms. Beasley will be terminated.

IT IS SO ORDERED.

Dated:  April 22, 2024        /s/ Daniel J. Calabretta
                              THE HONORABLE DANIEL J. CALABRETTA
                              UNITED STATES DISTRICT JUDGE