**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRACY BEASLEY,<br><br>      Plaintiff,<br><br>   v.<br><br>TRAVELERS COMMERCIAL INSURANCE COMPANY,<br><br>      Defendant. | Case No.:  2:23-cv-00326-DJC-CSK<br><br>**ORDER** |

On April 22, 2024 the Court granted Plaintiff's Motion to Withdraw as Attorney and granted Plaintiff thirty (30) days thereafter to retain new counsel.  ECF No. 33. Now before the Court is Plaintiff's Motion for 60-Day Extension of Time to retain new counsel, ECF No. 36, which the Court construes Plaintiff's motion as a motion for administrative relief as defined by Local Rule 233.  Under Local Rule 233(b), any non-moving party may file an opposition to a motion for administrative relief within five (5) days after the motion has been filed.  A review of the docket reveals that Defendant did not file an opposition to Plaintiff's motion.  As such, the Court deems Defendant failure to file an opposition to Plaintiff's motion as a non-opposition to said motion.

1    In the absence of Defendant's opposition, good cause having been shown, the
2 Court GRANTS Plaintiff's [36] Motion.  Within sixty (60) days of the date of service of
3 this order, Plaintiff shall retain new counsel and new counsel shall file a notice of
4 appearance in this case consistent with Local Rule 182(a).  Failure to do so will result in
5 this action being referred to the assigned Magistrate Judge for all further
6 proceedings, including dispositive and nondispositive motions and matters.  *See*
7 Local Rule 302(c)(21).
8    IT IS SO ORDERED.

10 Dated:  May 21, 2024                             /s/ Daniel J. Calabretta
11                                                                 THE HONORABLE DANIEL J. CALABRETTA
                                                                      UNITED STATES DISTRICT JUDGE