UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY BEASLEY,<br><br>    Plaintiff,<br><br>    v.<br><br>TRAVELERS COMMERCIAL INSURANCE COMPANY,<br><br>    Defendant. | Case No.:  2:23-cv-00326-DJC-CSK<br><br>**ORDER REFERRING CASE TO MAGISTRATE JUDGE** |

On July 24, 2024, Plaintiff filed a Motion to Proceed In Forma Pauperis.  (ECF No. 45.)  Defendant did not file an opposition to Plaintiff's motion.  As such, Plaintiff's Motion to Proceed In Forma Pauperis (ECF No. 45) is GRANTED.  Accordingly, this matter is REFERRED to the assigned Magistrate Judge for all further proceedings.  *See* E.D. Cal. L.R. 302(c)(21).  Any pending deadlines and hearings set before the assigned District Judge are VACATED.  All documents hereafter filed with the Clerk of the Court shall bear case number:  2:23-cv-00326-DJC-CSK (PS).  IT IS SO ORDERED.

Dated:  August 7, 2024

_____
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE