UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY BEASLEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TRAVELERS COMMERCIAL INSURANCE COMPANY,<br><br>　　　　　Defendant. | Case No. 2:23-cv-00326-DJC-CSK<br><br>ORDER<br><br>(ECF No. 78.) |

On July 29, 2025, the Magistrate Judge filed findings and recommendations (ECF No. 78), which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. On August 8, 2025, Plaintiff Tracy Beasley filed objections to the findings and recommendations (ECF No. 79), including objecting that Plaintiff acted in good faith in attempting to submit a joint status report on September 13, 2024 and that despite attempts from Plaintiff to move the case forward, Defendant has failed to provide necessary information and has declined to conduct an inspection of Plaintiff's home. The Court has considered all objections raised, as well as the Defendant's reply (ECF No. 80).

In accordance with 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo*

1

1  review.  The Court has carefully reviewed the file, including Plaintiff's objections, and
2  finds the findings and recommendations are supported by the record and by proper
3  analysis. The Court therefore concludes that it is appropriate to adopt the findings and
4  recommendations in full.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 78) are ADOPTED IN FULL;
2. Defendant's motion to dismiss (ECF No. 51) is GRANTED; and
3. The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated: __**August 22, 2025**__

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

beas23cv00326.JO.obj

2